UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES-CLIFTON BEAL,<br>Plaintiff,<br>v.<br>IRS,<br>Defendant. | No. 2:26-cv-02695-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has elapsed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed August 18, 2026 (ECF No. 7) are ADOPTED in full;
2. Plaintiff's complaint (ECF No. 1) is DISMISSED without leave to amend for failure to state a claim; and
3. The Clerk of Court is directed to enter judgment and close this action.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE